UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
MAR 27 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-30-CHB
18 U.S.C. § 922(g)(1)

PHILLIP L. MANN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 4, 2024, in Laurel County, in the Eastern District of Kentucky,

**PHILLIP L. MANN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger, .380 caliber, semi-automatic pistol with serial number 372537330, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461

By virtue of the commission of the offenses alleged in the Indictment, **PHILLIP L. MANN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **PHILLIP L. MANN** has in this property is vested in and forfeited to the United States

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a. Ruger, .380 caliber, semi-automatic pistol with serial number 372537330; and

b. All associated ammunition and accessories.

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed items.